UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>        Plaintiff,<br><br>   v.<br><br>LISA CARRILLO,<br><br>        Defendant. | No.  2:17-cv-0170 CKD P<br><br><br>ORDER |

On February 28, 2017, plaintiff, a Three Strikes litigant under 28 U.S.C. § 1915(g), was ordered to pay the filing fee within fourteen days or face dismissal of this action.  (ECF No. 6.) That period has now expired, and plaintiff has not paid the filing fee.  Plaintiff has consented to Magistrate Judge jurisdiction to conduct all proceedings in this action.  (ECF No. 5.)

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated:  March 21, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / hend0170.fifp

1